IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO, | ) No. C 07-1597 TEH (PR) |
| Plaintiff, | ) ORDER GRANTING MOTION |
| vs. | ) FOR VOLUNTARY DISMISSAL WITH |
| DR. BATTEY, | ) PREJUDICE AND INSTRUCTIONS TO THE CLERK |
| Defendants. | ) (Docket No. 5) |

Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison and a frequent litigant in the federal courts, has filed a pro se complaint under 42 U.S.C. § 1983 complaining about Dr. Battey, who he contends wrongly assigned him to the mental health program in retaliation for Plaintiff complaining about misconduct amongst the mental health staff. On October 11, 2007, the Court ordered Plaintiff to show cause why the case should not be dismissed pursuant to 28 U.S.C. § 1915(g).

On November 5, 2007, Plaintiff filed a motion seeking voluntary dismissal of this case with prejudice (docket no. 5). Plaintiff's motion for voluntary dismissal with prejudice is GRANTED (docket no. 5). See Fed. R. Civ P. 41(a)(2); Westlands Water Dist. v. United States, 100 F.3d 94, 96 (9th Cir. 1996) (motion for voluntary dismissal under Rule 41(a)(2) is addressed to the district court's sound discretion). The Clerk shall terminate the motion as decided by

1  this order, enter judgment, and close the file.

2  SO ORDERED.

3  DATED:   11/28/2007

4                                             /s/ Thelton E. Henderson
                                              THELTON E. HENDERSON
5                                             United States District Judge

6

7

... (lines 8–28 blank)